IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KIMBERLY TIGGS                                                         PLAINTIFF

VS.                                                    CAUSE NO: 1:22cv002-GHD-RP

SAFEWAY INSURANCE COMPANY
AND JOHN DOES 1-3                                          DEFENDANTS

## AGREED ORDER OF DISMISSAL

Upon consideration of the Joint Motion to Dismiss [9] filed by the parties hereto, and for good cause shown, it is hereby ORDERED that Plaintiff's Complaint and all its claims and causes of action are DISMISSED, with prejudice.

SO ORDERED, this the 3rd day of February, 2022.

_____
SENIOR U.S. DISTRICT JUDGE

Agreed to by:

/s/ James R. Franks, Jr.
JAMES R. FRANKS, JR., MSB #100156
Wheeler & Franks Law Firm, P.C.
Post Office Box 681
Tupelo, MS 38802
(662) 842-0380
jfranks@wheelerfrankslaw.com

/s/ Lawrence J. Tucker, Jr.
LAWRENCE J. TUCKER, JR., MSB #100869
Hickman, Goza & Spragins, PLLC
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000
ltucker@hickmanlaw.com